UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STOJAN NENADIC,

    Plaintiff,

v.                              Case No.3:11-cv-575-J-12MCR

METLIFE INSURANCE COMPANY and
MIRJANA GRBIC,

    Defendants.

___

METROPOLITAN LIFE INSURANCE
COMPANY,

    Cross-Plaintiff,

v.

MIRJANA GRBIC,

    Cross-Defendant.

___

## ORDER

This cause is before the Court on "Plaintiff's Unopposed Motion to Dismiss Complaint Against Metlife Insurance Company ... " (Doc. 23) filed August 15, 2011. Upon review of the matter it is, it is

**ORDERED AND ADJUDGED:**

1. That "Plaintiff's Unopposed Motion to Dismiss Complaint Against Metlife Insurance Company ... " (Doc. 23) is granted, and Count I of Plaintiff's Complaint (Doc. 2) against Defendant Metlife Insurance Company (properly named as Metropolitan Life Insurance Company) is hereby dismissed without prejudice; and

2. That the Clerk shall correct the docket to reflect the proper spelling of the name of Defendant/Cross-Defendant Mirjana Grbic.

**DONE AND ORDERED** this ___5th___ day of October 2011.

*Howell W. Melton*
SENIOR UNITED STATES DISTRICT JUDGE

c: Counsel of Record