### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

STOJAN NENADIC,

       Plaintiff,

vs.                                   Case No. 3:11-cv-575-J-12MCR

MIRJANA GRBIC,

       Defendant.

_____

## ORDER

    **THIS CAUSE** is before the Court on the Court's Order (Doc. 78) directing the parties to show cause why this case should not be remanded to the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida.  Plaintiff filed a response (Doc. 79) indicating that he has no reason to object to remand of this case to state court and requesting that the Court do so.  Defendant, who is proceeding pro se, has not filed a response to the Court's Order, and the date for doing so has passed.

    Therefore, pursuant to 28 U.S.C. § 1367(c)(3), having dismissed all claims over which it had original jurisdiction, the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claim for conversion.

    Accordingly, it is hereby **ORDERED**:

    This case is remanded to the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, and the Clerk shall terminate any pending motions, hearings or deadlines, and close the case.

**DONE AND ORDERED** in Jacksonville, Florida, this ___15th___ day of April, 2013.

Marcia Morales Howard
MARCIA MORALES HOWARD
United States District Judge

Copies to:

Counsel of Record
Pro Se Parties

-2-